456

395 A.2d 996

Schoettle et al., Appellants, v. Media Camping Center et al.

Argued September 11, 1978.   Joseph R. Pozzuolo, for appellants;   James F. Proud, for appellee, Media Camping Center.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.

395 A.2d 996

Shar–Can Enterprises, Inc., Appellant, v. Bekins Moving & Storage Company.

Argued September 12, 1978.   Samuel B. Brenner, for appellant;   Denis V. Brenan, for appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.